DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LOVEUS THEVENIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0688

[May 21, 2026]

Appeal of order denying 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 502022CF000451AXXXMB.

Loveus Thevenin, Chipley, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***